IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

    \_\_\_ FILED    \_\_\_ ENTERED
    \_\_\_ LODGED   \_\_\_ RECEIVED

JUN 25 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
              DEPUTY

BY _____

Quintea Jackson
1611 Baker St.
Baltimore, Md. 21217

*(Full name and address of the plaintiff)*
    Plaintiff(s)

    vs.

TransUnion LLC
P.O. Box 2000
Chester, PA 19022
Case # 267XXXX

*(Full name and address of the defendant(s))*
    Defendant(s)

Civil No.: **JKB 13 CV 1726**
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1.   Jurisdiction in this case is based on:

    [✓]  Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    [✓]  Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    [ ]  Other (explain) _____

2. The facts of this case are:

May 1, 2013 this writer mailed a legal document in pursuant to the fair debt Correction practices act, 15 USC 1692g sec(B) that defendants Claims is disputed and Validation is requested. June 19, 2013 this writer mailed a second legal document in pursuant to the National bank act, the fair reporting act, the Uniformed Commercial Code as well as the fair debt Collections practices act, 15 USC 1692g sec 809-B. defendants has failed to Validate an original Consumer Contract with a wet ink signature. defendants are depriving this writer Credit Cards benfits. letter from defendants dated for June 14, 2013 stating unable to locate Credit report dispute. defendants are in Non Compliance with the original instrument that prove writer agree to pay what defendants Claims Writer is require to pay.

3. The relief I want the court to order is:

☑ Damages in the amount of: $777,000 remove debt

☐ An injunction ordering: _____

☐ Other (explain) demand Jury Trial

06/23/13
(Date)

_Quinten Jackson_
(Signature)

1611 Baker St.
Baltimore, Md. 21217

(Printed name, address and phone number of Plaintiff) QUINTEN JACKSON
1611 BAKER, St.
BAHTIMORE, Md. 21217
443-314-6046

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.