IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUINTEN JACKSON, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-13-1726 |
| TRANSUNION LLC | * | |
| Defendant | * | |
| | *** | |

**ORDER**

On September 17, 2013, this Court issued an order requiring Plaintiff to complete and return a corrected United States Marshal form so the Complaint could be served. (ECF No. 8.) Plaintiff was granted 21 days to complete and return the form. *Id.*  The Clerk mailed the order to Plaintiff at the same address he used on a motion that he filed on September 6, 2013. (ECF No. 7.) The mail from this Court was returned as undeliverable on October 22, 2013 (ECF No. 9), and the Court has no other address for Plaintiff.  Consequently, the case will be dismissed for failure to prosecute.

Accordingly, it is this 24th day of October, 2013, by the United States District Court for the District of Maryland, hereby ORDERED that

1. The Complaint is DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL MAIL a copy of this order to Plaintiff at his last known address.

/s/
James K. Bredar
United States District Judge